THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SUZANNE MANNINA and
ANTONIO MANNINA,

Plaintiffs,

vs. CASE NO.: 2:26-cv-02480-KCD-KRH

RACK ROOM SHOES, INC., GGP SERVICES INC. f/k/a BROOKFIELD PROPERTIES RETAIL INC., and GENERAL GROWTH MANAGEMENT, INC.,

Defendants.
________________________________ /

**DEFENDANTS, RACK ROOM SHOES, INC., GGP SERVICES INC. F/K/A BROOKFIELD PROPERTIES RETAIL INC., AND GENERAL GROWTH MANAGEMENT, INC.'S DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

Rack Room Shoes, Inc. is wholly owned by Deichmann Group.

GGP Services Inc. is wholly owned by Brookfield Corporation.

General Growth Management, Inc. is wholly owned by Brookfield Corporation.

**2.** Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

Deichmann Group.

Brookfield Corporation.

**3.** Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

None.

**4.** If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

Not applicable.

**5.** Identify any entity or natural person not already disclosed and likely to actively participate in this action.

None.

**6.** Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

Not applicable.

## Citizenship Information

> If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.
>
> If the filer is a **corporation**, the filer must identify every state and foreign state of incorporation and its principal place of business.
>
> If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.
>
> If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify every state and foreign state of incorporation, the filer's principal place of business, and the insured's citizenship.
>
> If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.
>
> If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

**7.** If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

Defendant Rack Room Shoes, Inc. is incorporated in North Carolina and their principal place of business is in North Carolina.

Defendant GGP Services, Inc. is incorporated in Illinois and their principal place of business is in Illinois.

Defendant General Growth Management, Inc. is incorporated in Illinois and their principal place of business is in Illinois.

**8.** If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

Not applicable.

**Certificate**

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

Signed:

*/s/ Elizabeth Dehaan*
Elizabeth Dehaan, Esquire
Florida Bar No: 105846
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL 33916
Tel No: (239) 322-1300
Fax No: (239) 322-1310
Email: service-edehaan@bankerlopez.com
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing was electronically served via the Court's CM/ECF System, this 22nd day of October, 2026, on the following counsel of record identified below:

Mary A. Colina-Fowler, Esq
COLINA LAW, PLLC
5290 Golden Gate Parkway, #3
Naples, Florida 34116
Tel No: (239) 277-2088
Fax No: (239) 610-1187
mcolina@colina.law
yalara@colina.law
*Attorneys for Plaintiffs*

Elizete D. Velado, Esq
Law Office of Elizatee D. Velado, P.A
2935 Sterling Lane
Sarasota, Florida 34231
Tel No: (941) 205-2059
Fax No: (941) 256-2181
elizete@manasotainjury.com
*Attorneys for Plaintiffs*

*/s/ Elizabeth Dehaan*
Elizabeth Dehaan, Esquire
Florida Bar No: 105846
BANKER LOPEZ GASSLER P.A.
4415 Metro Parkway, Suite 208
Fort Myers, FL 33916
Tel No: (239) 322-1300
Fax No: (239) 322-1310
Email: service-edehaan@bankerlopez.com
*Attorneys for Defendants*